

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

KRISTOPHER BLACK,

        Appellant,

v.

THE STATE OF TEXAS,

        Appellee.

§          No. 08-19-00259-CR

§          Appeal from the

§          390th District Court

§          of Travis County, Texas

(TC# D-1-DC-18-206551)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect that Appellant was convicted by a jury after entering a plea of not guilty. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF SEPTEMBER, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.